DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SIMMONS v. DENNY

No. 169P90

Case below: 98 N.C.App. 339

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

SISK v. JONES

No. 250P90

Case below: 98 N.C.App. 339

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

SOUTHERN QUILTERS—CAROLINA COMFORTERS, INC. v. TEX-NOLOGY SYSTEMS, INC.

No. 254P90

Case below: 98 N.C.App. 515

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

STATE v. ANDERSON

No. 154P90

Case below: 97 N.C.App. 509

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

STATE v. BUCKOM

No. 335PA90

Case below: 99 N.C.App. 222

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 29 August 1990. Supplemental petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 31 August 1990.